**Order entered December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00893-CV

**MY THREE SONS, LTD., MY THREE SONS MANAGEMENT, LLC, PRESTONWOOD OB/GYN ASSOCIATES, P.A., CHRISTOPHER RIEGEL, MD, P.A., AND CHRISTOPHER RIEGEL, Appellants**

**V.**

**MANHATTAN CONSTRUCTION COMPANY, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-00626-2017**

## ORDER

By order dated October 31, 2017, we directed court reporter Robyn M. Rodriguez to file the record designated by the parties no later than November 20, 2017. To date, however, the record has not been filed. Accordingly, we **ORDER** the record be filed by December 21, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Rodriguez and the parties.

/s/      CRAIG STODDART
JUSTICE